AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

UNITED AIR LINES, INC
          Plaintiff (s),
    V.
LEGEND AERO PRODUCTS
          Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 4: 00-cv-04100

Notice is hereby given that, subject to approval by the court, __FEDERAL INSURANCE COMPANY__ substitutes
                                                                                                      (Party (s) Name)

__ANDREW S HOLLINS__, State Bar No. __80194__ as counsel of record in
(Name of New Attorney)

place of __GARY J VALERIANO__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     HOLLINS LAW - ANDREW S HOLLINS
    Address:       2601 MAIN STREET; PENTHOUSE SUITE 1300
    Telephone:    (714) 558-9119     Facsimile (714) 558-9091
    E-Mail (Optional): _____

I consent to the above substitution.
Date:     7/24/2013
                                                     Dorothy DeSrala
                                                     (Signature of Party (s))

I consent to being substituted.
Date:     7/24/2013
                                                     GARY VALERIANO
                                                   Signature of Former Attorney (s))

I consent to the above substitution.
Date:     7/24/2013
                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     7/30/2013
                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]