AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

UNITED AIR LINES, INC
        Plaintiff (s),
V.
LEGEND AERO PRODUCTS
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4: 00-cv-04100

Notice is hereby given that, subject to approval by the court, __FEDERAL INSURANCE COMPANY__ substitutes
(Party (s) Name)

__ANDREW S HOLLINS__, State Bar No. __80194__ as counsel of record in
(Name of New Attorney)

place of __GARY J VALERIANO__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | HOLLINS LAW - ANDREW S HOLLINS |
| Address: | 2601 MAIN STREET; PENTHOUSE SUITE 1300 |
| Telephone: | (714) 558-9119    Facsimile (714) 558-9091 |
| E-Mail (Optional): | |

I consent to the above substitution.
Date: 7/24/2013
*(Signature: Dorothy DeSala)*
(Signature of Party (s))

I consent to being substituted.
Date: 7/24/2013
*(Signature: Gary Valeriano)*
Signature of Former Attorney (s)

I consent to the above substitution.
Date: 7/24/2013
*(Signature: Andrew S Hollins)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/30/2013
*(Signature of Judge)*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]